IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER L. BOHLEN,<br><br>    Defendant. | **CASE NO. 8:13CR29**<br><br>**ORDER** |

  This matter is before the court on the defendant's motion to extend the time to file his motion for 28 U.S.C. § 2255.  Filing No. 68.  Defendant states that the reason for the delay in filing his 28 U.S.C. § 2255 is because of numerous holiday law library closures and weather lockdowns.  Filing No. 68.  The Court will give the defendant until January 19, 2015, to file his motion for 28 U.S.C. § 2255.

  THEREFORE, IT IS ORDERED:

  1. Defendant's motion for an extension of time to file his motion pursuant to 28 U.S.C. § 2255, Filing No. 68, is granted until January 20, 2015.

  Dated this 12th day of January, 2015.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge